■ NASSAU PHOTO-ENGRAVING CO., INC., Appellant, v. DAILY REVIEW CORPORATION, Respondent.— In an action to recover damages for breach of contract, the appeal is from a judgment dismissing the complaint. Judgment unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., Murphy, Ughettà, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT BAYNES, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant, after trial, of assault in the second degree, and from each and every intermediate order therein made. The indictment charged that appellant struck a police officer with intent to prevent or resist his lawful apprehension (Penal Law, § 242, subd. 5). Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS CARTER, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant, after trial, of possessing a narcotic drug in violation of article 33 of the Public Health Law as a felony, on two counts (Penal Law, § 1751, subds. 2, 3), and of a similar violation as a misdemeanor, on one count (Penal Law, § 1751-a), and sentencing him as a second felony offender to an indeterminate prison term of from 15 to 30 years. Judgment unanimously affirmed upon the authority of section 542 of the Code of Criminal Procedure. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN NOLAN, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of petit larceny. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ROWE, Appellant.— Appeal from a judgment of the County Court, Nassau County, convicting appellant of robbery in the first degree (five counts), grand larceny in the first degree (five counts) and assault in the second degree (five counts). Judgment reversed on the law and the facts and indictment dismissed. The evidence adduced was insufficient to establish appellant's guilt beyond a reasonable doubt. (Cf. *People* v. *Leyra*, 1 N Y 2d 199.) Nolan, P. J., Wenzel, Ughetta and Hallinan, JJ., concur; Beldock, J., dissents and votes to affirm, with the following memorandum: The evidence was sufficient to connect the appellant with the crimes charged.